# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

EARL L. DIEHL,

        Petitioner,

    v.

MICKEY McCASH, Warden,
Oregon Correctional Center,

        Respondent.

## JUDGMENT IN A CIVIL CASE

Case No.:   08-cv-742-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**Petitioner's petition for a writ of habeas corpus is DENIED.**


PETER OPPENEER
_____
Peter Oppeneer, Clerk


/s/ M. Hardin
_____
by Deputy Clerk

5/28/09
_____
Date